United States District Court
Southern District Of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007

J. Michael McMahon, Clerk of Court

Dear Sir/Madam:

The enclosed document(s) is/are being returned for the following reason(s):

☐ Filing fee of $_____.____ is required

☐ Fee is premature until motion has been granted or denied

☐ No personal checks, check must be certified or enclose a money order

☐ Certificate of good standing (COGS) from a New York State Court must be issued within thirty days. If COGS is from VT or CT both Federal and State certificates are needed and must be issued within thirty days (Local Rule 1.3)

☐ Sponsor must know petitioner for at least one full year, specific date needed if it is only one year (Local Rule 1.3)

☐ For original signature of the attorney of record, facsimile signatures are not acceptable

☐ New Petition for Admission/ECF Registration form must be filled out and notarized

**New Action could not be opened due to following:**

☐ One original and two copies of SDNY civil cover sheets (JS44C/SDNY) are needed
☐ One original and one copy of Federal Rule 7.1 are needed
☐ Only one Nature of Suit can be marked off
☐ Signing Attorney must be admitted in the Southern District
☐ If relating new action, SDNY case number and judge are needed

**Under Basis of Jurisdiction:**
☐ U. S. Plaintiff/ U. S. Defendant is for government agencies only
☐ Cannot file as Federal Question and Diversity
☐ Citizenship of Principal Parties is for Diversity cases only
☐ Only one box for plaintiff and one box for defendant allowed under Citizenship of Principal Parties no matter how many parties are involved
☐ Diversity and Nature of Suit #890 (other statutory actions) can not be chosen together

☒ Other  ECF CASE  File electronically, print and attach confirmation page and resubmit

Please comply with the above checked item(s) and resubmit said document(s) in conformity to the Rules of this court. Thank you for your cooperation.

MAY 0 4 2007

_____          _____
Date                                                    Deputy Clerk

# United States District Court

__Southern__ DISTRICT OF __New York__

Chang Ju Zou
Yan Ling Wang

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

**07 CV 2938**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

Civil Process Clerk, U.S. Attorney for the SDNY
86 Chambers Street, Third Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

COPY RECEIVED
OK APR 13 2007
U.S. ATTORNEY'S SDNY

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_[signature]_

(BY) DEPUTY CLERK

APR 1 2 2007

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>04/13/2007 |
| NAME OF SERVER (PRINT)<br>GARY J. YERMAN | TITLE<br>ESQUIRE |

*Check one box below to indicate appropriate method of service*

[✔] Served personally upon the defendant. Place where served: _____<br>
    86 CHAMBERS STREET, THIRD FLOOR, NEW YORK, NY 10007

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>
    Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/13/2007<br>
             Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013<br>
Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__Southern__ DISTRICT OF __New York__

Chang Ju Zou
Yan Ling Wang

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

**07 CV 2938**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

Civil Process Clerk, U.S. Attorney for the SDNY
86 Chambers Street, Third Floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

**COPY RECEIVED**
OK APR 13 2007
U.S. ATTORNEY'S SDNY

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 1 2 2007

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 04/13/2007 |
| NAME OF SERVER *(PRINT)* <br> GARY J. YERMAN | TITLE <br> ESQUIRE |

*Check one box below to indicate appropriate method of service*

[✔] Served personally upon the defendant. Place where served: _____
86 CHAMBERS STREET, THIRD FLOOR, NEW YORK, NY 10007

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other *(specify)*: _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/13/2007
               Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__Southern__ DISTRICT OF __New York__

Chang Ju Zou
Yan Ling Wang

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

**07 CV 2938**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

Alberto R. Gonzales, U.S. Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 2 2007

CLERK

DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>04/13/2007 |
| NAME OF SERVER (PRINT)<br>GARY J. YERMAN | TITLE<br>ESQUIRE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____
~~SERVED BY CERTIFIED MAIL~~

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04/13/2007
         Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — CANAL STREET STATION, NEW YORK, NY 10013-9998, APR 2007

Sent To: Alberto R. Gonzales, U.S. Attorney General, USDJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC. 20530-0001

PS Form 3800, June 2002        See Reverse for Instructions

7006 0810 0005 4993 6466

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales, U.S. Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   APR 1 8 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0005 4993 6466

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Yerman & Associates
401 Broadway, Suite 1210
New York, NY 10013

(Chang JuZou & Yan Ling Wang) Mandamus $

# United States District Court

Southern                           DISTRICT OF                      New York

Chang Ju Zou
Yan Ling Wang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

**07 CV 2938**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

Alberto R. Gonzales, U.S. Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

APR 1 2 2007

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>04/13/2007 |
| NAME OF SERVER (PRINT)<br>GARY J. YERMAN | TITLE<br>ESQUIRE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____
~~SERVED BY CERTIFIED MAIL~~

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/13/2007
              Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__Southern__ DISTRICT OF __New York__

Chang Ju Zou
Yan Ling Wang

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

CASE NUMBER:

**07 CV 2938**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

Andrea Quarantillo New York District Director, USCIS
c/o Office of the Principal Legal Advisor
United States Department of Homeland Security
425 I Street, NW, Suite 6100, Washington, DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE   APR 1 2 2007

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 04/13/2007 |
| NAME OF SERVER (PRINT)<br>GARY J. YERMAN | TITLE<br>ESQUIRE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____
SERVED BY CERTIFIED MAIL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/13/2007
                    Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.30 |

Postmark Here — APR 2007 — NEW YORK NY 10013-9998 CANAL STREET STATION

7006 0810 0005 4993 6449

Wang Yan Ling — Mandamus

Sent To: Andrea Quarantillo New York District Director USCIS
Street, Apt. No.; or PO Box No.: C/o office of the Principal Legal Advisor / US DHS
425 I Street NW, Suite 6100
City, State, ZIP+4: Washington DC 20536

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Andrea Quarantillo N.Y. District
Director, USCIS.
C/o office of the Principal Legal Advisor
U.S. DHS.
425 I Street, NW. Suite 6100
Washington DC. 20536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X — [U.S. DOJ - INS Received APR 18 MAIL ROOM]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 4993 6435

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Yerman & Associates**
**401 Broadway, Suite 1210**
**New York, NY 10013**

Wang Yan Ling    Mandamus

# United States District Court

_____ Southern _____ DISTRICT OF _____ New York _____

Chang Ju Zou
Yan Ling Wang

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

07 CV 2938

JUDGE RAKOFF

TO: (Name and address of defendant)

Andrea Quarantillo New York District Director, USCIS
c/o Office of the Principal Legal Advisor
United States Department of Homeland Security
425 I Street, NW, Suite 6100, Washington, DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE   APR 1 2 2007

(BY) DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 04/13/2007 |
| NAME OF SERVER (PRINT) GARY J. YERMAN | TITLE ESQUIRE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____
SERVED BY CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/13/2007
             Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.