# United States District Court

__Southern__ DISTRICT OF __New York__

Chang Ju Zou
Yan Ling Wang

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

CASE NUMBER:

**07 CV 2938**

**JUDGE RAKOFF**

TO: (Name and address of defendant)

Emilio T. Gonzalez, Director, USCIS
c/o Office of the Principal Legal Advisor
United States Department of Homeland Security
425 I Street, NW, Suite 6100, Washington, DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

APR 1 2 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 04/13/2007 |
| NAME OF SERVER *(PRINT)*<br>GARY J. YERMAN | TITLE<br>ESQUIRE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☑ Other *(specify)*: _____
~~SERVED BY CERTIFIED MAIL~~

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04/13/2007
            Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .111 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — CANAL STREET STATION, NEW YORK, NY 10013-9998

Sent To: Emilio T. Gonzalez, Director USCIS
Street, Apt. No.; or PO Box No.: c/o Office of the Principal Legal Advisor, 425 I Street, NW, Suite 6100
City, State, ZIP+4: Washington DC 20536

PS Form 3800, June 2002 — See Reverse for Instructions

7006 0810 0005 4993 6442

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Emilio T. Gonzalez, Director, USCIS
    c/o Office of the Principal Legal Advisor
    U.S. D.H.S.
    425 I Street, NW, Suite 6100
    Washington DC 20536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0005 4993 6442

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Yerman & Associates
401 Broadyway, Suite 1210
New York, NY 10013

(Wang Yan Ling) Mandamus

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Chang Ju Zou
Yan Ling Wang

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Michael Chertoff, Secretary of Homeland Security
Andrea Quarantillo, USCIS District Director

**07 CV 2938**

JUDGE RAKOFF

TO: (Name and address of defendant)

Michael Chertoff, Secretary of Homeland Security
Office of the General Counsel
United States Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary Yerman, Esq.
Yerman & Associates, LLC
401 Broadway, Suite 1210
New York, NY 10013

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 1 2 2007
CLERK                                                  DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 04/13/2007 |
| NAME OF SERVER *(PRINT)*<br>GARY J. YERMAN | TITLE<br>ESQUIRE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other *(specify)*: _____
SERVED BY CERTIFIED MAIL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04/13/2007
Date

Signature of Server

401 Broadway, Suite 1210, New York, NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — CANAL STREET STATION, NEW YORK, NY 10013-9998

Sent To: Michael Chertoff, Secretary of Homeland Security, office of General Couns
Street, Apt. No.; or PO Box No. U.S. DHS
City, State, ZIP+4 Washington DC. 20528

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0005 4993 6459

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff, Secretary of
Homeland Security
Office of the General Counsel
USDHS
Washington, D.C. 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery APR 30 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7006 0810 0005 4993 6459

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Yerman & Associates**
**401 Broadyway, Suite 1210**
**New York, NY 10013**

(Wang, YanLing) mandamus