718 422 5130

JUN-29-2007  11:45                    USAO

United States Attorney for the
Southern District of New York
By:       F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #: _____               │
│ DATE FILED: 6-22-07                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

CHANG JU ZOU and YAN LING WANG,                 :

                        Plaintiffs,              :       STIPULATION AND ORDER OF
                                                         SETTLEMENT AND DISMISSAL
                        - v. -                   :
                                                         07 Civ. 2938 (JSR)
MICHAEL CHERTOFF, et al.,                        :

                        Defendants.              :

----------------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed with prejudice and without costs or attorney's fees to any party, subject to plaintiffs' right to apply for reinstatement of the action by written notice to the Court, and by ten days' prior notice to the United States Attorney's Office for the Southern District of New York, within 60 days of the date of entry of this Stipulation and Order, if United States Citizenship and Immigration Services has not yet adjudicated plaintiffs' adjustment applications by that time.

Dated:   New York, New York
         June 19, 2007

                                        By:     _____
                                                GARY J. YERMAN, ESQ. (GMY:_____)
                                                Attorney for Plaintiffs
                                                401 Broadway, Suite 1210
                                                New York, New York 10013
                                                Tel. No.: (212) 219-0288
                                                Fax No.: (212) 219-8177

Dated:   New York, New York               MICHAEL J. GARCIA
         June 20, 2007                     United States Attorney for the
                                           Southern District of New York
                                           Attorney for Defendants

                                        By:     _____
                                                F. JAMES LOPREST, JR. (FJL:3210)
                                                Special Assistant United States Attorney
                                                86 Chambers Street, 4th Floor
                                                New York, New York 10007
                                                Tel. No.: (212) 637-2728
                                                Fax No.: (212) 637-2786

SO ORDERED:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

6-20-07

TOTAL P.03

TOTAL P.02